### 11205.   GREEN *v.* THE STATE.

BROYLES, C. J.   The evidence authorized the defendant's conviction under both counts of the indictment, and the court did not err in refusing to grant a new trial.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
> DECIDED MARCH 3, 1920.

Accusation of carrying concealed weapon, etc.; from city court of Macon — Judge Guerry.   November 22, 1919.

*Olin J. Wimberly, Gillon & Churchwell,* for plaintiff in error.

*Will Gunn, solicitor,* contra.

---

### 11290.   LOYD *v.* THE STATE.

LUKE, J.   1. It has been repeatedly held by this court and the Supreme Court that where the evidence is conflicting upon the hearing of a motion to change the venue in a criminal case, the discretion of the trial judge in overruling the motion will not be controlled, unless it is made to appear that there has been an abuse of his discretion. In this case no abuse of the court's discretion is manifest.

2. No constitutional question is properly raised by the 5th ground of the motion to change the venue.

> *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MARCH 3, 1920.

Motion to change venue; from Bleckley superior court — Judge Graham.   January 22, 1920.

*John R. Cooper, C. A. Weddington,* for plaintiff in error.

*W. A. Wooten, solicitor-general,* contra.